UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case Number: 18-cv-24351-MARTINEZ**

CARLOS GUARISMA, LANI WOODS
and LORI ZARAGOZA, individually,
and on behalf of others similarly situated,

      Plaintiffs,

v.

ALPARGATAS USA, INC., a Delaware
corporation, d/b/a HAVAIANAS,

      Defendant.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** came before the Court upon the Plaintiffs' Unopposed Motion to Dismiss Without Prejudice [ECF No. 40]. Upon careful consideration, it is:

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**. This case shall remain **CLOSED** and all pending deadlines are hereby **CANCELLED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd of December 2020.

                                                    _____
                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE